OPINION — AG — QUESTION: " THIS COUNTY HAS PROVIDED A FUND FOR A FREE FAIR HELD IN THIS COUNTY DURING THE FALL OF EACH YEAR AND ALSO HAS PROVIDED FUNDS TO PRY PREMIUMS AND OTHER EXPENSES AT A LIVESTOCK SHOW HELD IN THIS COUNTY IN THE SPRING OF EACH YEAR, THIS PROCEDURE HAS BEEN QUESTIONED RECENTLY AND WE WOULD APPRECIATE YOU VIEWS CONCERNING THIS MATTER. " — SEE OPINION NO. 63-495 (HARVEY CODY)